# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TYMON BRAZELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-770

[June 10, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael McNicholas, Judge; L.T. Case Nos. 472007CF000529A and 472007CF000528A.

Tymon Brazell, Bristol, pro se.

Thomas R. Bakkedahl, State Attorney, and Ashley K. Albright, Assistant State Attorney, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***